IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ennis, Barbara Jean

Printed: 9/16/08

Case Number: 06 B 10876
Judge: Wedoff, Eugene R
Filed: 8/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 3, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,840.00 |  |
| Secured: |  | 4,675.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 547.98 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 424.66 |
| Other Funds: |  | 691.44 |
| Totals: | 8,840.00 | 8,840.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,430.07 | 1,715.04 |
| 4. | Ocwen Federal Bank FSB | Secured | 9,405.21 | 2,960.88 |
| 5. | Illinois Dept of Revenue | Priority | 547.98 | 547.98 |
| 6. | Resurgent Capital Services | Unsecured | 1,192.92 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,757.48 | 0.00 |
| 8. | US Bank | Unsecured | 534.44 | 0.00 |
| 9. | National Capital Management | Unsecured | 766.53 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,584.50 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 60.74 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 10.25 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 91.28 | 0.00 |
| 14. | American Express Travel Relate | Unsecured | 263.61 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 300.29 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 987.66 | 0.00 |
| 17. | State Farm Bank | Unsecured | 352.43 | 0.00 |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Home Depot | Unsecured |  | No Claim Filed |
| 20. | Nextel Communications | Unsecured |  | No Claim Filed |
| 21. | Masseys | Unsecured |  | No Claim Filed |
| 22. | Credit First | Unsecured |  | No Claim Filed |
| 23. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 24. | Providian | Unsecured |  | No Claim Filed |
| 25. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ennis, Barbara Jean

Printed: 9/16/08

Case Number: 06 B 10876
Judge: Wedoff, Eugene R
Filed: 8/31/06

| | | | |
|---|---|---|---|
| 26. Nicor Gas | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 23,785.39 | $ 7,723.90 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 149.76 |
| 5.4% | 255.04 |
| 6.5% | 19.86 |
| | _____ |
| | $ 424.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_